People of the State of Illinois, defendant in error, v. Leslie Rhodes, plaintiff in error. Gen. No. 40,368.

Opinion filed April 24, 1939.
W. G. Anderson, for plaintiff in error. John E. Cassidy, Attorney General, for defendant in error; Mortimer Porges and Philip J. Simon, Assistant Attorneys General, of counsel.
Mr. Justice O'Connor delivered the opinion of the court.